No. 87–2123.  DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES v. MID-FLORIDA GROWERS, INC., ET AL.  Sup. Ct. Fla.  Motion of Lykes Bros., Inc., et al. for leave to file a brief as *amici*

*curiae* granted.  Certiorari denied.